UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.T. o/b/o P.T., a minor, et al.,<br><br>         Plaintiffs,<br><br>    -against-<br><br>New York City Department of Education,<br><br>         Defendant. | 25-CV-3472 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In its May 14, 2025 Order, the Court ordered the parties to submit a joint letter by May 28, 2025 indicating whether there is any need for discovery or an initial conference. Dkt. 5. Furthermore, counsel who have entered an appearance in the case were directed to notify counsel for all parties who have not yet appeared about the Order, and to file proof of such notice with the Court. *Id.*

  No proof of notice or joint letter has been filed. The parties are ordered to make the required submissions by **June 9, 2025**, or the case will be dismissed for failure to prosecute.

  SO ORDERED.

Dated: June 5, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge